UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § | |
| Plaintiff, § § | EP-20-CV-00282-FM |
| v. § § | |
| STRAIGHT LINE SOURCE, INC., a New York § Corporation, and VINCENT BARDONG § § | |
| Defendants. § § | |

FILED
2021 FEB 16 AM 8:29
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY____

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants have resolved their case. Plaintiff hereby requests the Court dismiss the case against Straight Line Source, Inc. and Vincent Bardong with prejudice.

February 16, 2021              Respectfully Submitted,

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| Plaintiff, § § | EP-20-CV-00282-FM |
| v. § § | |
| **STRAIGHT LINE SOURCE, INC.**, a New York § Corporation, and **VINCENT BARDONG** § § | |
| Defendants. § § | |

I hereby certify that on February 16, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via United State Postal Service on: all counsel of record.

February 16, 2021                                  Respectfully submitted,

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

RECEIVED
FEB 16 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Case 3:20-cv-00282-FM   Document 11   Filed 02/16/21   Page 3 of 3



**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| Plaintiff, § § | EP-20-CV-00282-FM |
| v. § § | |
| **STRAIGHT LINE SOURCE, INC.,** a New York § Corporation, and **VINCENT BARDONG** § § | |
| Defendants. § § | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice, it is this, _____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss With Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**